IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM WORTH,

    Petitioner,

  v.

    Case No. 2:13-CV-775
    Judge Sargus
    Magistrate Judge King

EDWARD SHELDON, WARDEN,

    Respondent.

## ORDER

On May 6, 2014, the United States Magistrate Judge recommended that this habeas corpus action under 28 U.S.C. § 2254 be dismissed. *Report and Recommendation*, ECF 13. Although the parties were notified of their right to object to that recommendation and of the consequences of their failure to do so, and although petitioner was granted an extension of time to June 20, 2014 to file objections, *Order*, ECF 17, there has been no objection.

The *Report and Recommendation*, ECF 13, is **ADOPTED AND AFFIRMED**. This action is **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

7-1-2014
Date

Edmund A. Sargus, Jr.
United States District Judge