AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WILLIAM WORTH,**

       Petitioner,

**JUDGMENT IN A CIVIL CASE**

**v.**

**EDWARD SHELDON, WARDEN ,**      **CASE NO.   2:13-CV-775**
                                                                 **JUDGE EDMUND A. SARGUS, JR.**
                                                                 **MAGISTRATE JUDGE NORAH MCCANN KING**

       Respondent.

____    **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

Date: July 1, 2014                                       JOHN P. HEHMAN, CLERK

                                                         */S/ Andy F. Quisumbing*
                                                         (By) Andy F. Quisumbing
                                                         Courtroom Deputy Clerk