AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WILLIAM WORTH,**

    **Petitioner,**

**v.**

**EDWARD SHELDON, WARDEN,**

    **Respondent.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 2:13-CV-775**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Order filed August 5, 2014, JUDGMENT is hereby entered DISMISSING this action.**

Date: August 5, 2014

JOHN P. HEHMAN, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk